**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA FLORIDA**

MOLLY TURNER,

    Plaintiff,

vs.                                    CASE NO.: 3:08cv248/MCR/EMT

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., and NATIONAL
IMAGING ASSOCIATES, INC.,

    Defendants.
_____/

**O R D E R**

    This matter is before the undersigned on the Joint Stipulation for Dismissal with Prejudice as to Defendant National Imaging Associates, Inc. Only, which was filed by plaintiff August 13, 2008. (Doc. 13). The Federal Rules of Civil Procedure provide that an action may be dismissed upon filing a stipulation of dismissal signed by all parties who have appeared in the action. Fed.R.Civ.P. 41(a)(1)(ii). As the stipulation does not contain a signature on behalf of all parties, dismissal cannot be entered. Pursuant to Rule 41(a)(1)(ii), plaintiff may file a stipulation for dismissal signed by all parties appearing in the action, or otherwise file a motion for dismissal under Rule 41(a)(2).[1]

    **DONE** this 15th day of August, 2008.

                                                         s/ *M. Casey Rodgers*
                                                         **M. CASEY RODGERS
                                                         UNITED STATES DISTRICT JUDGE**

---

    [1] Motions filed must be in compliance with N.D. Fla. Loc. R. 7.1(B).