**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MOLLY TURNER,

    Plaintiff,

v.                                                 Case No. 3:08cv248/MCR/EMT

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., and NATIONAL
IMAGING ASSOCIATES, INC.,

    Defendants.
_____/

**O R D E R**

    Plaintiff MOLLY TURNER has filed the current action against Defendants BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and NATIONAL IMAGING ASSOCIATES, INC. under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq. (Doc. 1). The parties' joint report indicates that no factual issues of dispute exist at this time and suggesting a heightened arbitrary and capricious standard of review applies in this case. (See doc. 18). Accordingly, the parties are directed to file memoranda addressing the applicable standard of review, whether any discovery is necessary, and how that would impact the discovery schedule. Such memoranda must be submitted on or before September 12, 2008. All further proceedings are stayed pending the court's determination of the appropriate standard of review and necessity of discovery.

    **ORDERED** on this 29th day of August, 2008.

                                                       *s/ M. Casey Rodgers*
                                                       **M. CASEY RODGERS
                                                       UNITED STATES DISTRICT JUDGE**